Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT

MAY 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WALLACE, | Case No. CV 08-2948-GAF (PJW) |
| Petitioner, | JUDGMENT |
| v. | |
| L.E. SCRIBNER, WARDEN, | |
| Respondent. | |

Pursuant to the Order issued this day,

IT IS HEREBY ADJUDGED that the Petition is dismissed.

DATED: 5/13/08

GARY A. FEESS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\wallace 847\judgment.wpd