Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NATHANIEL WALLACE,

               Petitioner,

      v.

L.E. SCRIBNER, WARDEN,

               Respondent.

Case No. CV 08-2948-GAF (PJW)

J U D G M E N T

Pursuant to the Order issued this day,

IT IS HEREBY ADJUDGED that the Petition is dismissed.

DATED: _____5/13/08_____.

GARY A. FEESS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\wallace 847\judgment.wpd